**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00124-LTB-03

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

FELIX FLORES-LOPEZ,

       Defendant.

---

ORDER ALLOWING DISCLOSURE OF PRESENTENCE
INVESTIGATION REPORT TO THE UNITED STATES PROBATION OFFICE
IN THE DISTRICT OF NEW MEXICO

---

       THIS MATTER is before the court upon request by the United States Probation Office in the District of New Mexico, for permission to access the Presentence Investigation Report prepared in this case for use in the District of New Mexico. Upon further review, the court

       ORDERS the Presentence Investigation Report prepared for this court regarding FELIX FLORES-LOPEZ may be disclosed and viewed by the United States Probation Office in the District of New Mexico, and

       FURTHER ORDERS that the Presentence Investigation Report not be copied or in any way disclosed beyond the scope of the Order, and that the report be distributed by a representative of the Federal Probation Office. The court

       FURTHER ORDERS that the Recommendation portion of the Presentence Investigation Report is not to be disclosed.

       DATED at Denver, Colorado, this __18th__ day of October, 2006.

       BY THE COURT:

       __s/Lewis T. Babcock__
       Lewis T. Babcock
       Chief United States District Judge